Michael C. Cohen, Esq., Bar No. 65487
**LAW OFFICES OF MICHAEL C. COHEN**
1814 Franklin Street, Suite 900
Oakland, CA 94612
(510) 832-6436

Attorney for Plaintiff

IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CAROL BLAND, | Case No. C08-02429 JL |
| Plaintiff, | |
| vs. | NOTICE OF VOLUNTARY DISMISSAL WITHOUT PREJUDICE |
| JOHN E. POTTER, POSTMASTER GENERAL, US POSTAL SERVICE, DOES 1-10. | |
| Defendants. | |

Comes now the Plaintiff, Carol Bland, by and through her counsel of record and, pursuant to Federal Rule of Civil Procedure 41 (a) voluntarily dismisses this action without prejudice.

Dated July 17, 2008          By _____/s/_____
                                     Michael C. Cohen, Esq.

-1-